# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00803-CV

**Melvin Valentine, Jr., Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-14-010145, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Melvin Valentine, Jr. filed his notice of appeal on December 18, 2014.  On June 2, 2015, the Clerk of this Court notified appellant that his brief was overdue and that his appeal was subject to dismissal for want of prosecution if he failed to file his brief or respond to the notice by June 12, 2015.  To date, appellant has neither filed his brief nor responded to this Court's notice.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   June 25, 2015